B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mt. Laurel Lodging Associates, LLP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2851609** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**5701 Progress Road**<br>**Indianapolis, IN**<br><br>ZIP Code **46241** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **Hilton Garden Inn**<br>**4000 Atrium Way**<br>**Mount Laurel, NJ 08054** | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ☑ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                         Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mt. Laurel Lodging Associates, LLP** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br><span style="padding-left:2em">Signature of Attorney for Debtor(s)</span>  (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><span style="padding-left:4em">_____</span><br><span style="padding-left:4em">(Name of landlord that obtained judgment)</span><br><br><span style="padding-left:4em">_____</span><br><span style="padding-left:4em">(Address of landlord)</span><br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Mt. Laurel Lodging Associates, LLP** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David M. Neff**
Signature of Attorney for Debtor(s)

**David M. Neff ARDC #06190202**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP - Chicago**
Firm Name

**131 S Dearborn Street**
**Suite 1700**
**Chicago, IL 60603-5559**

Address

**312-324-8400  Fax: 312-324-9400**
Telephone Number

**October 24, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bharat Patel**
Signature of Authorized Individual

**Bharat Patel**
Printed Name of Authorized Individual

**General Partner**
Title of Authorized Individual

**October 24, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Mt. Laurel Lodging Associates, LLP**

Case No. _____

Debtor(s)

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AC Schultes, Inc.**<br>**664 South Evergreen Avenue**<br>**Woodbury Heights, NJ 08097** | **AC Schultes, Inc.**<br>**664 South Evergreen Avenue**<br>**Woodbury Heights, NJ 08097** | | | **23,760.00** |
| **Sysco**<br>**PO Box 6499**<br>**Philadelphia, PA 19145** | **Sysco**<br>**PO Box 6499**<br>**Philadelphia, PA 19145** | | | **11,790.61** |
| **Thurston Rhodes**<br>**150 Brentwood Drive**<br>**Mt. Laurel, NJ 08054** | **Thurston Rhodes**<br>**150 Brentwood Drive**<br>**Mt. Laurel, NJ 08054** | | | **8,250.00** |
| **Carfaro, Inc., c/o Antwan McClellan**<br>**c/o Slater Tenagua Fritz & Hunt, PA**<br>**301 3rd St**<br>**Ocean City, NJ 08226** | **Carfaro, Inc., c/o Antwan McClellan**<br>**c/o Slater Tenagua Fritz & Hunt, PA**<br>**301 3rd St**<br>**Ocean City, NJ 08226** | | | **6,704.46** |
| **PSEG**<br>**PO Box 1444**<br>**New Brunswick, NJ 08906** | **PSEG**<br>**PO Box 1444**<br>**New Brunswick, NJ 08906** | **Gas and Electric Combined** | | **4,941.28** |
| **HD Supply Facilities Maintenance**<br>**PO Box 509058**<br>**San Diego, CA 92150** | **HD Supply Facilities Maintenance**<br>**PO Box 509058**<br>**San Diego, CA 92150** | | | **4,635.99** |
| **Quality Construction**<br>**291 Chase Ave.**<br>**Lyndhurst, NJ 07071** | **Quality Construction**<br>**291 Chase Ave.**<br>**Lyndhurst, NJ 07071** | | | **4,025.71** |
| **D Corino**<br>**491 Harrison Street**<br>**Nutley, NJ 07110** | **D Corino**<br>**491 Harrison Street**<br>**Nutley, NJ 07110** | | | **3,937.60** |
| **Katz Sapper & Miller**<br>**PO Box 7096**<br>**Dept 235**<br>**Indianapolis, IN 46206** | **Katz Sapper & Miller**<br>**PO Box 7096**<br>**Dept 235**<br>**Indianapolis, IN 46206** | | | **3,275.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Mt. Laurel Lodging Associates, LLP**          Case No. _____

                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction, NJ 08852** | **Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction, NJ 08852** | | | **3,193.12** |
| **GPM Associates**<br>**1920 Frontage Road**<br>**Suite 110**<br>**Cherry Hill, NJ 08003** | **GPM Associates**<br>**1920 Frontage Road**<br>**Suite 110**<br>**Cherry Hill, NJ 08003** | | | **2,420.00** |
| **World Cinema**<br>**9801 Westheimer**<br>**Suite 409**<br>**Houston, TX 77042** | **World Cinema**<br>**9801 Westheimer**<br>**Suite 409**<br>**Houston, TX 77042** | | | **2,027.85** |
| **Hutchinson**<br>**621 Chapel Ave**<br>**Cherry Hill, NJ 08034** | **Hutchinson**<br>**621 Chapel Ave**<br>**Cherry Hill, NJ 08034** | | | **1,801.13** |
| **Specialized Architectural Products**<br>**6103 Johns Road**<br>**Tampla, FL 33634** | **Specialized Architectural Products**<br>**6103 Johns Road**<br>**Tampla, FL 33634** | | | **1,669.68** |
| **Kone Elevator**<br>**PO Box 429**<br>**Moline, IL 61266** | **Kone Elevator**<br>**PO Box 429**<br>**Moline, IL 61266** | | | **1,410.96** |
| **Uniquest**<br>**1035 Acorn Dr**<br>**Nashville, TN 37210** | **Uniquest**<br>**1035 Acorn Dr**<br>**Nashville, TN 37210** | | | **1,295.00** |
| **JMA Landscaping**<br>**327 Lincoln Ave**<br>**West Berlin, NJ 08091** | **JMA Landscaping**<br>**327 Lincoln Ave**<br>**West Berlin, NJ 08091** | | | **1,273.30** |
| **Dobil**<br>**727 Butler Street**<br>**Pittsburgh, PA 15223** | **Dobil**<br>**727 Butler Street**<br>**Pittsburgh, PA 15223** | | | **1,230.00** |
| **Feldman Lumber**<br>**1281 Metropolitan**<br>**Brooklyn, NY 11237** | **Feldman Lumber**<br>**1281 Metropolitan**<br>**Brooklyn, NY 11237** | | | **981.75** |
| **Wegman's**<br>**PO Box 92217**<br>**Rochester, NY 14692** | **Wegman's**<br>**PO Box 92217**<br>**Rochester, NY 14692** | | | **963.40** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Mt. Laurel Lodging Associates, LLP**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 24, 2013**                        Signature    **/s/ Bharat Patel**

**Bharat Patel**
**General Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. |
| Mt. Laurel Lodging Associates, LLP, | ) | |
| | ) | |
| Debtor. | ) | |

**LIST OF SECURED CREDITORS - CHAPTER 11**
(filed only if Schedule D not provided with petition)

| Name of creditor and complete mailing address | Name, telephone number and complete mailing address of employee, agent, or department of creditor familiar with claim who may be contacted | Amount of claim/collateral |
|---|---|---|
| APF-WFCF, LLC | c/o Access Point Financial, Inc. 1 Ravinia Dr , Ste 900 Atlanta, GA 30346 | $1,835,400.00 |
| Thompson Hine LLP | Attn Barry Kazan 335 Madison Avenue, 12th Fl New York, NY 10017 | Notice Only |
| Mike Albert Leasing, Inc. | Attn Legal Dept or Agent 10340 Evendale Drive Cincinnati, OH 45241 | Unknown |
| Mt. Laurel Township | Real Estate Tax-Tax Office 100 Mount Laurel Road Mt. Laurel, NJ 08054 | $192,119.00 |
| National Republic Bank-Chicago | Attn Edward Fitzgerald, Pres. 1201 W. Harrison Chicago, IL 60607 | $21,260,500.00 (disputed) |
| SmithAmundsen | Attn Craig Goode 150 N Michigan Ave, Ste 3300 Chicago, IL 60601 | Notice Only |
| Stark & Stark | Attn Timothy Duggan PO Box 5316 Princeton, NJ 08543 | Notice Only |

By:  */s/ David M. Neff*
David M. Neff
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone:  (312) 324-8400
dneff@perkinscoie.com
*Proposed Attorneys for Debtor*

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Mt. Laurel Lodging Associates, LLP**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Mt. Laurel Lodging Associates, LLP**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sun Family, LLC**
**5701 Progress Road**
**Indianapolis, IN 46241**

☐ None [*Check if applicable*]

**October 24, 2013**

Date

**/s/ David M. Neff**

**David M. Neff**

Signature of Attorney or Litigant

Counsel for    **Mt. Laurel Lodging Associates, LLP**

**Perkins Coie LLP - Chicago**
**131 S Dearborn Street**
**Suite 1700**
**Chicago, IL 60603-5559**
**312-324-8400 Fax:312-324-9400**

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Mt. Laurel Lodging Associates, LLP** _____

_____   Debtor(s)

Case No. _____
Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the General Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 24, 2013** _____

**/s/ Bharat Patel** _____
**Bharat Patel**/**General Partner**
Signer/Title

AC Schultes, Inc.
664 South Evergreen Avenue
Woodbury Heights, NJ 08097


Aire Master
PO Box 1389
Wrightstown, NJ 08562


APF-WFCF, LLC
c/o Access Point Financial, Inc.
1 Ravinia Dr , Ste 900
Atlanta, GA 30346


AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004


AT&T WiFi
Bankruptcy Department
PO Box 309
Portland, OR 97207


Atlantic Fire Equipment
112 Harrogate Road
Wynnewood, PA 19096


Barada
130 East Second Street
Rushville, IN 46173

Carfaro, Inc., c/o Antwan McClellan
c/o Slater Tenagua Fritz & Hunt, PA
301 3rd St
Ocean City, NJ 08226


Cherry Hill 70 Cleaners
450 E Route 70
Cherry Hill, NJ 08034


Cintas
97627 Eagle Way
Chicago, IL 60678


Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263


Coca Cola
PO Box 8500 S-2735
Philadelphia, PA 19178


Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808


D Corino
491 Harrison Street
Nutley, NJ 07110

Deer Park
PO Box 856192
Louisville, KY 40285


Dept. of Labor and Workforce
PO Box 392
Trenton, NJ 08625


Derect Energy
PO 70220
Philadelphia, PA 19176


Division of Taxation
PO Box 647
Trenton, NJ 08646-0647


DMX
PO Box 660557
Dallas, TX 75266


Dobil
727 Butler Street
Pittsburgh, PA 15223


Ecolab
PO Box 905327
Charlotte, NC 28290

Ecolab Leasing
Attn Leasing Manager or Agent
370 N. Wabasha Street
St. Paul, MN 55102


Edward Don
Corporate Office
9801 Adam Don Parkway
Woodridge, IL 60517


Electronic Forms
43180 Business Park Drive #103
Temecula, CA 92590


Ellis Coffee Company
Lockbox 6926
PO Box 8500
Philadelphia, PA 19178


Ener G
6615 Tributary Street
Baltimore, MD 21224


Fed Ex
PO Box 371461
Pittsburgh, PA 15250


Feldman Lumber
1281 Metropolitan
Brooklyn, NY 11237

GPM Associates
1920 Frontage Road
Suite 110
Cherry Hill, NJ 08003


Grainger
Corporate Headquarters
100 Grainger Pkwy
Lake Forest, IL 60045


Granite Telecommunications
PO Box 983119
Boston, MA 02293


Guest Supply
PO Box 910
Monmouth Junction, NJ 08852


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150


Hilton Worldwide
Attn Legal Department
7930 Jones Branch Dr, 6th Fl
McLean, VA 22102


Hobart Service
PO Box 2517
Carol Stream, IL 60132

Hub City Distributin
6 Princess Road
Lawrenceville, NJ 08648

Hutchinson
621 Chapel Ave
Cherry Hill, NJ 08034

Hyland Levin
6000 Sagemore Drive
Suite 6301
Marlton, NJ 08053

IBHC
130 Thorne Grove Drive
Vernon Hills, CA 60061

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

J&J Distributors
901 Pleasant Valley
Mt. Laurel, NJ 08054

JMA Landscaping
327 Lincoln Ave
West Berlin, NJ 08091

Katz Sapper & Miller
PO Box 7096
Dept 235
Indianapolis, IN 46206


KK Linen Supply
100 Georgetown Rd
Columbus, NJ 08022


Kone Elevator
PO Box 429
Moline, IL 61266


Lamp Lighters
184 W Georgianna Drive
Richboro, PA 18954


Micros
PO Box 842956
Boston, MA 02284


Mike Albert Leasing, Inc.
Attn Legal Dept or Agent
10340 Evendale Drive
Cincinnati, OH 45241


Mt. Laurel MUA
100 Mount Laurel Road
Mt. Laurel, NJ 08054

Mt. Laurel Township
Real Estate Tax-Tax Office
100 Mount Laurel Road
Mt. Laurel, NJ 08054


Mt. Laurel Twp. M.U.A
1201 South Church Street
Mount Laurel, NJ 08054


National Republic Bank-Chicago
Attn Edward Fitzgerald, Pres.
1201 W. Harrison
Chicago, IL 60607


Nestle Pure Life
PO Box 856192
Louisville, KY 40285


NJ Dept of Devenue
Withholding Tax-Bankruptcy Sect.
PO Box 245
Trenton, NJ 08695


NJ Dept. of Comm. Affairs
PO Box 816
Trenton, NJ 08625


NJ Division of Taxation
Lodging/Sales Tax
PO Box 647
Trenton, NJ 08646

Office Depot
PO Box 88040
Chicago, IL 60680


Omega World Travel
9779 S Franklin Drive
Suite 100
Franklin, WI 53132


Palmdale Lodging Associates, LLC
5701 Progress Road
Indianapolis, IN 46241


Penn Jersey Paper Co
PO Box 820974
Philadelphia, PA 19182


Pre-Employ
PO Box 491570
Redding, CA 96049


PSEG
PO Box 1444
New Brunswick, NJ 08906


Quality Construction
291 Chase Ave.
Lyndhurst, NJ 07071

Quill
PO Box 37600
Philadelphia, PA 19101


Sahara Sams
535 N Route 73
West Berlin, NJ 08091


Securities and Exchange Commission
Regional Office-Bankruptcy Notices
175 W. Jackson Blvd.
Chicago, IL 60604


Sherwin Williams
740 W Route 70
Marlton, NJ 08053-1644


Siemens
PO Box 2134
Carol Stream, IL 60132


SmithAmundsen
Attn Craig Goode
150 N Michigan Ave, Ste 3300
Chicago, IL 60601


Specialized Architectural Products
6103 Johns Road
Tampla, FL 33634

Stark & Stark
Attn Timothy Duggan
PO Box 5316
Princeton, NJ 08543


State of NJ
PO Box 059
Trenton, NJ 08625


Sun Development & Management Corp.
5701 Progress Road
Indianapolis, IN 46241


Super Laundry
2450 N Shadeland Ave
Indianapolis, IN 46219


Sysco
PO Box 6499
Philadelphia, PA 19145


Terminix
PO Box 742592
Cincinnati, OH 45274


The Hotel ML
915 Route 73
Mt. Laurel, NJ 08054

```
Thompson Hine LLP
Attn Barry Kazan
335 Madison Avenue, 12th Fl
New York, NY 10017



Thurston Rhodes
150 Brentwood Drive
Mt. Laurel, NJ 08054



Toner Cartridge Direct
1900 E Golf Road
Suite 950
Schaumburg, IL 60173



Uniquest
1035 Acorn Dr
Nashville, TN 37210



USA Today
PO Box 677446
Dallas, TX 75267-7446



Waste Management
PO Box 13648
Philadelphia, PA 19101



Wegman's
PO Box 92217
Rochester, NY 14692
```

```
World Cinema
9801 Westheimer
Suite 409
Houston, TX 77042
```

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

In re:                                    )        Chapter 11
                                          )
MT. LAUREL LODGING ASSOCIATES,            )        Case No.
LLP,                                      )
                                          )
          Debtor.                         )

## DECLARATION AS TO ORIGINAL SIGNATURES

I, Bharat Patel, authorized representative of debtor, hereby declare under penalty of

perjury that all documents previously filed in this case with the incorrect electronic signatures

have been signed in the original with the correct names and are true and correct to the best of my

knowledge, information, and belief.

Dated:  October 24, 2013

_____
Bharat Patel, authorized representative of
debtor

LEGAL28187515.1