**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MT. LAUREL LODGING ASSOCIATES, LLP, | ) ) | Case No. 13-11697-RLM-11 |
| | ) | |
| Debtor. | ) | |

## MOTION OF DAVID M. NEFF TO APPEAR PRO HAC VICE

David M. Neff of Perkins Coie LLP (the "applicant") moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Mt. Laurel Lodging Associates, LLP in the above-styled cause only. In support of this motion, the applicant states:

1. The courts in which applicant is admitted to practice and the dates of admission are as follows:

   | | |
   |---|---|
   | State of Illinois, bar admission | November 7, 1985 |
   | U.S. Supreme Court | July 25, 2011 |
   | U.S. Court of Appeals for the Seventh Circuit | October 1, 2004 |
   | U.S. Court of Appeals for the Ninth Circuit | October 9, 2012 |
   | U.S. District Court for the Northern District of Illinois | December 19, 1985 |
   | U.S. District Court for the Eastern District of Wisconsin | December 28, 1993 |
   | U.S. District Court for the Eastern District of Michigan | July 6, 1992 |
   | U.S. District Court for the District of Nebraska | October 15, 2010 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has arranged for payment in the amount of $30.00 with the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

- 2 -

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

| | |
|---|---|
| Dated:  November 4, 2013 | MT. LAUREL LODGING ASSOCIATES, LLP |
| | By: */s/ David M. Neff* |
| | David M. Neff |
| | PERKINS COIE LLP |
| | 131 S. Dearborn Street, Suite 1700 |
| | Chicago, Illinois 60603-5559 |
| | Telephone:  (312) 324-8689 |
| | Facsimile:  (312) 324-9689 |
| | dneff@perkinscoie.com |
| | |
| | *One of the Attorneys for Debtor* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MT. LAUREL LODGING ASSOCIATES, LLP, | ) | Case No. 13-11697-RLM-11 |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT IN SUPPORT OF
## MOTION TO APPEAR *PRO HAC VICE*

David M. Neff, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| | |
|---|---|
| State of Illinois, bar admission | November 7, 1985 |
| U.S. Supreme Court | July 25, 2011 |
| U.S. Court of Appeals for the Seventh Circuit | October 1, 2004 |
| U.S. Court of Appeals for the Ninth Circuit | October 9, 2012 |
| U.S. District Court for the Northern District of Illinois | December 19, 1985 |
| U.S. District Court for the Eastern District of Wisconsin | December 28, 1993 |
| U.S. District Court for the Eastern District of Michigan | July 6, 1992 |
| U.S. District Court for the District of Nebraska | October 15, 2010 |

My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

Dated: November 4, 2013

/s/ David M Neff
David M Neff
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8689
Facsimile: (312) 324-9689
dneff@perkinscoie.com

STATE OF ILLINOIS      )
                       )
COUNTY OF COOK         )

"OFFICIAL SEAL"
AMY HYLTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES
March 05, 2016

Before me, a notary public in and for said county and state, personally appeared David M. Neff, and being first duly sworn upon his oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: November 4, 2013

_____
Notary Public

My Commission Expires:

_____03/05/16_____